[No. 10902–6–II.   Division Two.   December 21, 1988.]

PUGET SOUND NATIONAL BANK, *Respondent,* v. JAN L. REMICK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–00165–8, D. Gary Steiner, J., entered

April 10, 1987. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick, J., and Petrie, J. Pro Tem.